ELIZABETH WYCKOFF et al., appellants,

v.

ELLEN WYCKOFF, respondent.

1. A devise of land, "to be valued at $90 per acre," amounts merely to giving to the devisee the option of purchasing from the residuary beneficiaries at the price named.

2. Testator devised certain tracts of land to his sons and son-in-law, "to be valued at $90 an acre." He then directed that his executors, who were the three devisees, should each pay an annuity of $70 to the widow in lieu of dower.—*Held*, that the devisees took the land charged with the annuity.

3. The charge on the land in such case is not affected by the fact that sufficient personal estate was left to pay the annuity.

On appeal from a decree advised by Vice-Chancellor Pitney on a bill filed for the construction of the will of John M. Wyckoff, deceased, and for a decree charging the lands, of which he died seized, with the payment of an annuity to his widow, the respondent, bequeathed to her by his will.

*Mr. H. Burdett Herr* and *Mr. George H. Large*, for the appellants.

*Mr. John L. Connet* and *Messrs. Voorhees & Cotter*, for the respondent.

PER CURIAM.

Decree affirmed, for the reasons given by the vice-chancellor.

*For affirmance*—DEPUE, DIXON, GARRISON, REED, SCUDDER, BOGERT, CLEMENT, SMITH, WHITAKER—9.

*For reversal*—THE CHIEF-JUSTICE, MAGIE, VAN SYCKEL, BROWN—4.